THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FINANCE OF AMERICA REVERSE, LLC,**<br><br>    Plaintiff,<br>    v.<br><br>**CARMEN IRIS FIGUEREYA MONTALVO; ET AL.,**<br><br>    Defendants. | **Civil No. 16-2613 (ADC)** |

## OPINION AND ORDER

On May 15, 2023, the parties filed a "Joint motion for relief from judgment" at **ECF No. 62** wherein the parties request entry of an "order for relief from judgment" pursuant to Fed. R. Civ. P. 60(b)(5). Moreover, the parties informed the "[d]efendant fulfilled her obligations and having her loan been reinstated and restored to current status, the Parties request relief from judgment of the present case." **ECF No. 62** at 2.

The Court commends the parties and counsel for their candor and efforts leading to an extrajudicial resolution of this case.

The Court thus hereby **GRANTS** the parties' joint request for relief of judgment at **ECF No. 62**, and, accordingly, **VACATES** the **Default Judgment** at **ECF No. 28**.

Moreover, having vacated the Default Judgment at **ECF No. 28**, plaintiff's motion for voluntary dismissal at **ECF No. 60 is GRANTED** as requested. Thus, the **case is voluntarily DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

Clerk of Court is to enter judgment accordingly.

All other pending motions are hereby **MOOT**.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 12th day of May, 2023.

                                                                   **S/AIDA M. DELGADO-COLÓN**
                                                                   **United States District Judge**